FILED
May 11, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0001824988

JOHN A. HENDRY (SBN: 76743)
LAW OFFICES OF JOHN A. HENDRY
1020 Mission Street, Suite G
South Pasadena, CA 91030-3146

Telephone No.: (626)403-4420
Facsimile No.: (626)403-4430
E-Mail: hendlaw@pacbell.net

Attorney for Movant,
GEMB LENDING INC.

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

In re:                                  )   CASE NO.: 09-23551-A-13
                                        )   Chapter 13
 RONALD M. MICHAELSEN, II aka           )   D.C. No.: JAH-001
 RONALD MARTIN MICHAELSEN, II;          )
 LAURIE INEZ MICHAELSEN,                )   DATE:  June 15, 2009
                                        )   TIME:  9:00 a.m.
                                        )   PLACE: CTRM 28, 7th Floor
                                        )          501 I Street
               Debtors.                 )          Sacramento, CA
_____)

**MOTION OF GEMB LENDING, INC. FOR RELIEF
FROM THE AUTOMATIC STAY AND FOR LEAVE TO REPOSSESS AND SELL
PERSONAL PROPERTY**

Movant, GEMB Lending Inc. (herein GEMB) hereby moves the above-entitled court for an Order relieving it from the Automatic Stay and allowing it to repossess and sell, in accordance with applicable non-bankruptcy law, its personal property security which is a 2008 Gulf Stream G-Force 280 motor coach bearing VIN # 1NL1GTN2081029753 (herein Collateral).

This Motion is made on the grounds that cause for Relief from Stay exists because Debtors have no equity in the subject property and because cause exists for relief from stay because

1

1. Debtors have defaulted in making payments and no equity cushion protects the interest of Morequity. Additionally, the subject property is not necessary to an effective reorganization and Debtors' proposed Plan proposes to surrender said collateral to GEMB.

This Motion is based upon the Notice of Hearing which is being served and filed concurrently herewith and upon the Declaration of Barry Wright and Memorandum of Points and Authorities which are attached hereto and upon all of the papers and records on file herein.

WHEREFORE, Movant respectfully prays that this Court:

1. Vacate the automatic stay of 11 U.S.C. section 362, along with any and all other stays which might be in effect, so as to allow Movant to repossess and sell its collateral in accordance with applicable non-bankruptcy law;

2. Terminate all automatic stay provisions to allow Movant and its agents to serve any and all parties protected by the stay with any and all notices that may be required by applicable law or regulation;

3. Waive the provisions of Federal Rules of Bankruptcy Procedure 4001(a)(3); and,

//
//
//
//
//

4. For such other and further relief as the Court may deem proper.

DATED: May 11, 2009

                LAW OFFICES OF JOHN A. HENDRY

                /S/ John A. Hendry
                JOHN A. HENDRY, Attorney for
                Movant, MOREQUITY, INC.